# Aaron Richard Golub, Esquire, P.C.
Lawyers

Aaron Richard Golub, Esquire
Nehemiah S. Glanc, Esquire
Chad Berkowitz, Esquire

34 East 67th Street, 3rd Floor
New York, New York 10065


RECEIVED
JAN 17 2013
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

argolub@argolub.com
nglanc@argolub.com
cberkowitz@argolub.com

212-838-4811
Facsimile 212-838-4860

MEMO ENDORSED

January 16, 2013


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 1/18/13

**VIA FAX (212) 805-6712**
Hon. Magistrate Judge Kevin Nathaniel Fox
United States District Court
Southern District of New York
Courtroom: 20A
500 Pearl Street,
New York, New York  10007

Re:   <u>Photogenics v. DNA Model Management, 11 Civ 9464 (BSJ) (KNF)</u>

Dear Judge Fox:

I represent the Plaintifff Photogenics and write to secure the Court's permission to a file a document produced by Defendant DNA and designated as "Confidential" by Defendant pursuant to a confidentiality stipulation.  Plaintifff Photogenics is preparing to file a motion to amend its complaint to add an additional claim related to a foundational document in this action *viz.*, the model management contract between the subject model Lindsay Ellingson and DNA, which Plaintiff will use as an exhibit to the motion.  In order to ensure compliance with the express terms of the confidentiality stipulation, I kindly request the Court's permission to file the confidential document under seal.  To the extent the Court wishes to review the document in question, I will immediately provide it to the Court upon request.  I am hopeful that I will receive your authorization to file the document under seal as soon as feasible pursuant to facilitating the filing of the motion.

Thank you very much for your consideration of this matter.

1/18/13
Application granted.
SO ORDERED:
_Kevin Nathaniel Fx_
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

N M S. G
Nehemiah S. Glanc

cc:   Russell Shanks, Esquire
      via facsimile (212) 661-5350