MAR - 1 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/29/13

AARON RICHARD GOLUB, ESQUIRE, PC
Attorneys for Plaintiff
34 East 67th Street -3rd Floor
New York, New York 10065
ph: 212-838-4811
fx: 212-838-4869
Nehemiah S. Glanc (NSG-7264)
Chad Berkowitz (CB – 6509)

CYRULI SHANKS HART & ZIZMOR LLP
Attorneys for Defendant
420 Lexington Avenue, Suite 2320
New York, New York 10170
ph: 212-661-6800
fx: 212-661-5350
Russell Shanks (RS-1821)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PHOTOGENICS, LLC,

                Plaintiff,

-against-

DNA MODEL MANAGEMENT, LLC,

                Defendant.
------------------------------------------------------------X

Civ. Action No.: 11 CIV 9464 (BSJ) (KNF)

**SO ORDERED**
**STIPULATION OF DISMISSAL**



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for PHOTOGENICS, LLC, and DNA MODEL MANAGEMENT, LLC, as follows:

1. The above-captioned action be dismissed with prejudice, without costs to any party;

2. Plaintiff and Defendant entered into a Settlement Agreement dated February 28, 2013 ("Settlement Agreement"). Paragraphs 4. and 7. of the Settlement Agreement provide, *inter alia*, that this Court shall retain jurisdiction over this action including without limitation to enforce all the terms and conditions of the Settlement Agreement;

3. Notwithstanding this Stipulation of Dismissal, the Settlement Agreement shall survive

1

any discontinuance or dismissal of this action and shall be fully enforceable and this Court shall retain jurisdiction over this action including without limitation to enforce all of the terms and conditions of the Settlement Agreement.

Dated: February 28, 2013

| AARON RICHARD GOLUB, ESQUIRE, PC | CYRULI SHANKS HART & ZIZMOR LLP, |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 34 East 67th Street -3rd Floor | 420 Lexington Avenue, Suite 2320 |
| New York, New York 10065 | New York, New York 10170 |
| 212-838-4811 | 212-661-6800 |

By: /s/ Nehemiah S. Glanc
Nehemiah S. Glanc, Esq.

By: /s/ Russell Shanks
Russell Shanks, Esq.

SO ORDERED 4/29/13

/s/ Kevin Nathaniel Fox

HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

2